■ RICHARD MUSTO et al., Appellants, v STATE OF NEW YORK, Respondent.—Order unanimously affirmed without costs. Memorandum: In deciding whether to permit the filing of a late claim, the Court of Claims has broad discretion, and that court's decision will be reversed only where its discretionary power clearly has been abused *(Simpson v State of New York,* 96 AD2d 646; *Block v New York State Thruway Auth.,* 69 AD2d 930). The court properly rejected movants' conten-

tion that their inability to secure counsel constituted an excuse for their delay in filing a claim *(see, Simpson v State of New York, supra)*. Additionally, the movants failed to demonstrate factually that the injuries suffered by Richard Musto prevented him from consulting with an attorney within the 90-day statutory period for filing a claim *(see,* Court of Claims Act § 10). The court's denial of permission without prejudice to a further application is supported by the record and should not be disturbed. (Appeal from order of Court of Claims, NeMoyer, J.—late notice of claim.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.